■ In the Matter of ASHLEY R. and Another, Children Alleged to be Abused. JEFFREY R., Appellant; JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [621 NYS2d 1014] —Order unanimously affirmed without costs. Memorandum: There is no merit to respondent's contention that petitioner failed to sustain its burden of proving by a preponderance of the evidence that the children were sexually abused. The consistent statements made by the young victims over a period of several months were corroborated by validation testimony of several witnesses. That evidence was sufficient to satisfy petitioner's burden of proof *(see, Matter of Nicole V.,* 71 NY2d 112). (Appeal from Order of Jefferson County Family Court, Hunt, J.—Child Abuse.) Present—Green, J. P., Pine, Balio, Callahan and Boehm, JJ.